IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**AIDEN JONES**                                                                                                      **PLAINTIFF**

V.                                    CASE NO. 2:24-CV-2059

**MAYOR DAVID REIDER (City of Clarksville);**
**CHIEF OF POLICE JEFF ROSS**
**(Clarksville Police Department);**
**SERGEANT JONIA SMITH;**
**SERGEANT NATHAN WARREN;**
**DETECTIVE CHECK BEAVERS;**
**and DETECTIVE JEB CLARK**                                                              **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 26) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and no party filed objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** that:

1. Plaintiff's claims concerning *State v. Aiden Jones*, Case No. CKC-21-393, are **DISMISSED WITHOUT PREJUDICE** because they are barred under the *Heck* doctrine;

2. Plaintiff's claims concerning Arkansas criminal cases CKC-23-72, 36CR-24-87, and CKC-24-172 are **STAYED** under the *Younger* Abstention Doctrine;

3. Plaintiff's claims concerning civil case 36CV-24-33 are **DISMISSED WITH PREJUDICE** because they are frivolous, malicious, and barred by res judicata;

4. Plaintiff's claims concerning civil cases 36CV-24-96 and 36CV-24-97 are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them; and

5. the Clerk is **DIRECTED** to **STAY** and **ADMINISTRATIVELY TERMINATE** this case.

**IT IS FURTHER ORDERED** that, in view of the above rulings, the Motion for Service (Doc. 11) is **DENIED**.

**IT IS SO ORDERED** on this 2nd day of January, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

2