IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**AIDEN JONES**                                                                                    **PLAINTIFF**

V.                                         **CASE NO. 2:24-CV-2059**

**MAYOR DAVID REIDER (City of Clarksville);
CHIEF OF POLICE JEFF ROSS
(Clarksville Police Department);
SERGEANT JONIA SMITH;
SERGEANT MATHAN WARREN;
DETECTIVE CHUCK BEAVERS; and
DETECTIVE JEB CLARK**                                                      **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 45) filed in this case on June 13, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Plaintiff did not file objections to the R&R, and the time to do so has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. Plaintiff's claims concerning cases CKC-23-72 and 36CR-24-87 are **DISMISSED WITHOUT PREJUDICE** because they are barred under the *Heck* doctrine. Defendants Reider, Ross, Smith, Warren, and Beavers are **TERMINATED** as Defendants in this case. Plaintiff's claims concerning Defendant Jeb Clark and CKC-24-172 are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction. And Defendant Clark is **TERMINATED** as a Defendant in this case. The case is **CLOSED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 46) is **DENIED WITHOUT PREJUDICE**. Plaintiff maintains in his Motion

1

that he has discovered new information that compels him to assert "new, distinct claims for relief." *Id.* If so, he may file such claims in a new case.

**IT IS SO ORDERED** on this 7th day of July, 2025.

> */s/ Timothy L. Brooks*
> TIMOTHY L. BROOKS
> UNITED STATES DISTRICT JUDGE